IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JODY L. WAULK,

    Plaintiff,

v.                                         Case No.:  2:15-cv-2982
                                           JUDGE GEORGE C. SMITH
                                           Magistrate Judge Kemp

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on December 27, 2016.  The time for filing objections has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the Court **ADOPTS** the *Report and Recommendation*.  Plaintiff's Statement of Errors is hereby **SUSTAINED** to the extent that the case be remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g), Sentence Four.

The Clerk shall remove Document 23 from the Court's pending motions list and enter final judgment.

       **IT IS SO ORDERED.**

                                          */s/ George C. Smith*
                                          **GEORGE C. SMITH, JUDGE**
                                          **UNITED STATES DISTRICT COURT**